AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEVIN A. TOLLIVER,**

      **Plaintiff,**

**vs.**

**SCOTT A. MITTMAN, ESQ., et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-07-006**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed November 19, 2007, JUDGMENT is hereby entered DISMISSING this case without prejudice.**

Date: November 19, 2007

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk